

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00388-CR

**EX PARTE** Jose Alexis **SANCHEZ DUBON**

From the County Court, Kinney County, Texas
Trial Court No. 10374CR
Honorable Roland Andrade, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Irene Rios Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: January 18, 2023

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH